*In re* THE LIQUORS OF PETER GERMAIN.

PROVIDENCE—JANUARY 31, 1900.

PRESENT : Matteson, C. J., Stiness and Tillinghast, JJ.

(1)  *Intoxicating Liquors.    Seizure and Forfeiture.    Information and Procedure.*

An information for the forfeiture of intoxicating liquors is fatally defective where it does not appear that the liquors were seized by virtue of a search-warrant, and it appears that the officer who made the seizure did not make the complaint, and it does not appear that the person by whom the complaint was made was designated for that purpose by the court, as required by Gen. Laws R. I. cap. 102, §§ 29–33.

INFORMATION seeking the forfeiture of certain liquors. The facts are sufficiently stated in the opinion.   Heard on petition of defendant for new trial.   New trial granted.

(1)    PER CURIAM.   We think the proceeding is fatally defective : first, because it does not appear that the liquors were seized by virtue of a search-warrant, as required by statute; second, because it appears that the officer who made the seizure did not make the complaint, and it does not appear that the person by whom the complaint was made was designated for that purpose by the court.   Gen. Laws R. I. cap. 102. *State* v. *Snow*, 3 R. I. 64; *Liquors of Horgan*, 16 R. I. 542. For these reasons a new trial is granted, and the case remitted to the Common Pleas Division with direction to quash.

*Willard B. Tanner, Attorney-General*, for State.

*Clarence A. Aldrich*, for defendant.